UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL BACCELLIERI,

Plaintiff,

-against-

AJ BROWN and CAROLINE BROWN,

Defendants.

26-CV-5876 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On July 11, 2026, Plaintiff Daniel Baccellieri commenced this action. ECF No. 1. On August 24, 2026, Defendants AJ Brown and Caroline Brown moved to dismiss for lack of personal jurisdiction and improper venue, or, in the alternative, to transfer this action to the United States District Court for the Middle District of Florida (the "Motion"). ECF No. 11. On September 25, 2026, Plaintiff indicated that this action was inadvertently filed in this Court and that he intended to file it in the United States District Court for the Northern District of New York. ECF No. 16. On October 7, 2026, the Court notified the parties that because Plaintiff intended to file in the Northern District of New York, it was inclined to transfer this case but asked Defendants for their position. ECF No. 17. On October 8, 2026, Defendants responded with limited objections to transferring the case to the Northern District of New York. ECF No. 18. For the reasons set forth below, the Court transfers this case to the Northern District of New York.

A district court may, "[f]or the convenience of the parties and witnesses, [and] in the interest of justice . . . transfer any civil action to any other district . . . where it might have been brought." 28 U.S.C. § 1404(a). A plaintiff's choice of forum is "presumptively entitled to substantial deference." *Gross v. British Broad. Corp.*, 386 F.3d 224, 230 (2d Cir. 2004). In light

of Plaintiff's intent to file the action in the Northern District of New York and Defendants' limited objections that any transfer order does not prejudice Defendants' Motion, it is in the interest of justice that this case be transferred.

The Court transfers this action to the Northern District of New York. Having so ruled, the Court does not resolve Defendants' Motion at ECF No. 11. *See Enigma Software Grp. USA, LLC v. Malwarebytes Inc.*, 260 F. Supp. 3d 401, 413 (S.D.N.Y. 2017) (granting motion to transfer but declining to rule on motion to dismiss and other pending motions). Should Defendants wish to seek attorney's fees and costs incurred in transferring this case, any such motion, and subsequent determination, shall be made in the transferee court.

The Clerk of Court is respectfully directed to terminate ECF No. 11, and to transfer this case to the Northern District of New York in conformity with Local Civil Rule 83.1.

Dated: October 14, 2026
New York, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge